

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2022

No. 04-17-00310-CV

**YATES ENERGY CORPORATION**, EOG Resources, Inc., Jalapeno Corporation, ACG3 Mineral Interests, Ltd., Glassell Non-Operated Interests, Ltd., and Curry Glassell, Appellants

v.

**BROADWAY NATIONAL BANK**, Trustee of the Mary Frances Evers Trust, Appellees

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2015PC2618
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

Sitting:     Patricia O. Alvarez, Justice
               Irene Rios, Justice
               Beth Watkins, Justice

On December 6, 2021, we ordered the parties to file additional briefing in this appeal. Appellants' additional reply briefs are currently due on March 8, 2022. On March 4, 2022, appellants EOG Resources, Inc., Yates Energy Corporation, Jalapeno Corporation, ACG3 Mineral Interests, Ltd., Glassell Non-Operated Interests, Ltd., and Curry Glassell filed a joint unopposed motion requesting an extension of time to file their reply briefs until March 18, 2022. After consideration, we **GRANT** the motion and **ORDER** appellants to file their reply briefs **by March 18, 2022**.

It is so **ORDERED** March 8, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT